UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TAREQ ZAKARNEH,

                    Petitioner,

        v.

MARCO RUBIO et al.,

                    Respondents.

CASE NO. 2:26-cv-01556-DGE

ORDER ON PETITIONER'S NOTICE RE RESPONDENTS' RESPONSE TO HABEAS PETITION (DKT. NO. 21)

Before the Court is the latest step in the complicated history of this case.  On July 1, 2026, at 10:06 A.M., the Court issued at Dkt. No. 19 an order denying Petitioner's petition for writ of habeas corpus.  At that time, the Court had not received a traverse from Petitioner and prior correspondence sent to him was returned to the Court as undeliverable.  However, on July 2, 2026, at 1:36 P.M., the Court received a "Notice" from Petitioner informing the Court that he had not received a copy of Respondents' response to his petition because he had been transferred out of the district when it was delivered to the Northwest ICE Processing Center.  (*See* Dkt. No. 21.)  The Court therefore VACATES its prior order and prior judgment (Dkt. Nos. 19, 20)

ORDER ON PETITIONER'S NOTICE RE RESPONDENTS' RESPONSE TO HABEAS PETITION (DKT. NO. 21) - 1

because Petitioner apparently did not receive Respondents' return memorandum and was therefore unable to file a traverse.  Respondents are ORDERED to deliver a copy of their return memorandum and accompanying declaration to Petitioner at his last known address.  Petitioner SHALL file a traverse in support of his habeas petition no later than **July 16, 2026**.  The Clerk is directed to calendar this event.

The restrictions on Petitioner's transfer or removal without notice as identified in the Court's June 8, 2026 scheduling orders (Dkt. Nos. 12, 13) remain in full force and effect pending disposition of the present habeas petition.

Petitioner separately filed a motion for reconsideration (Dkt. No. 22) of the Court's order, dated May 26, 2026, denying Petitioner's motion to appoint counsel.  (Dkt. No. 10.)  At this time, Petitioner has not identified any manifest error, nor any new facts or legal authority that would impact the Court's analysis.  *See* Local Civil Rule 7(h)(1).  Petitioner's motion for reconsideration (Dkt. No. 22) is DENIED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 2nd day of July 2026.

David G. Estudillo
United States District Judge

ORDER ON PETITIONER'S NOTICE RE RESPONDENTS' RESPONSE TO HABEAS PETITION (DKT. NO. 21) - 2