26-1556 DGE

# EX.B




Tareq Zakarneh

Local Guide · Level 4

250 300

REVIEWS PHOTOS

10 reviews · 2 ratings

USCIS Field Office
1455 NW Overton St Suite 1, Portland, OR 97209

☆☆☆☆☆ 3 weeks ago
With my respect for the nice officers like officer David Wadel and officer Langlais , and Hammock , Esquor , Andrea and Heather . let say we have too a corrupted officers and liers , unfortunately they are in charge in high position like officer Pamela Mark a prejudice lier and not an honest at all until she involved in my divorce papers she has kind of corruption like Clark County court . she stole an expedited letter for my petition and she hide to make me lose my rights to file CR60 against my X wife , and when I approved that to the office she revoked my application again with a stupid reason and nasty testimony from my X- Wife to make her revenge from me with her attorney Dean L Rusch who has been fired from her last law firm for fraud bills for her customers I was a witness on her shity work , now I'm sure that Pamela was in real contact with Deane , because it was the only way to screw me up with my assets that I owned with my x -wife , this officer Pamela Mark is acting like Zionist Anglican who hates the Muslims and men specially with no reasons , hope everything will fix with other departments as soon as possible . I dont know if the field office director who put his signature on my papers knows everything about what was going .Pamela didn't dare to put her signature on mention her name .

Like Share

Lenovo
1009 Think Pl, Morrisville, NC 27560

☆☆☆☆☆ 3 months ago
One of the worst company in Warranty I sent the laptop twice , first they send it back with a lot of scratch because of bad package , second they did the same with second chance there was another scratch ON THE TOP COVER, the customer service lady tried to help but she couldn't do more than her authority , I'm a Field service engineer I know what customer service means to the customer . this company is so bad and careless maintenance department. I don't like to use their product at all..............................

Like Share

McKean Smith LLC
1140 SW 11th Ave #400, Portland, OR 97205

☆☆☆☆☆ 6 months ago
liers collect more liers like Deane Rusch fired one from McKinley Irvin , fraud attorney expenses for her client its super stupid

1 Share

USCIS California Service Center
24000 Avila Rd, Laguna Niguel, CA 92677

★★★★★ 9 months ago
it talks them forever to process my paper and I lost my internship with the state of WA and I went throw a divorce throw this chaos , its cost me another application fees and I'm still waiting ......it is just wasting time and money

1 Share

NAPA Auto Parts - Genuine Parts Company
1820 NE Andresen Rd, Vancouver, WA 98661

★★★★★ 10 months ago

Walmart Supercenter
221E NE 104th Ave, Vancouver, WA 98664

★★★★★ 11 months ago

Welch Bruun & Green - Attorneys at Law
4380 SW Macadam Ave #120, Portland, OR 97239

★★★★★ 11 months ago
Weak law firm over formal not an aggressive law firm they have kind of stupid management , the teacher has the solution in his other office and they send you out of the office I don't know what kind of mismanagement that they have ....... don't forget the new kids that they have in their office that they use to make them loos instead of the head of the office ...

Like Share

McKinley Irvin
1111 Main St #300, Vancouver, WA 98660

★★★★★ 11 months ago
one of the worst law firm that you can imagine , if I can put less than one star I will do

2 Share

Harbor Freight Tools
1335 N Mason St, Portland, OR 97217

★★★★★ a year ago
Great store with great managers , I like them the tool rank at total will be 4 star but as store management is great

Like Share

Clark County Criminal Court
1200 Franklin St, Vancouver, WA 98660

★★★★★ a year ago
horrible

Like Share

Clark County Superior Court
1200 Franklin St, Vancouver, WA 98660

☆☆☆☆☆ 6 months ago
if you are Palestinian muslim and you got a court and your Judge was Dayan Liebman , be careful she is a races Judge and file an affirmative of prejudice and kick her from your court .you can use my record for that .from her last name you can know where is she from .

1 Share

Harbor Freight Tools
2950 NE Hogan Dr, Gresham, OR 97030

☆☆☆☆☆ 7 months ago
One of the best places that I worked for, while I was looking for an Engineering job, I like the staff there , Randy is the wise Guy as a store manager , Joe nice forever , Robert one of the best sales managers I met , Sammy & Kim an american Japanese mix , Jeanie the girls with the challenge actions in the store , Courtney and Todd you are awesome guys . Joseph and Gonzalo like you guys take care of Corey & Tristen...... i dont forget Rita the quite hard worker person

Like Share

The Home Depot
1728 N Tomahawk Island Dr, Portland, OR 97217

☆☆☆☆☆ 7 months ago
Yevette at the Pro desk was great when she check me out , and Michael the hardware manager was awesome with his customer service with Yevette he knows how to make me comeback and shop again .

Like Share

NAPA Auto Parts - Genuine Parts Company
430 NE Columbia Blvd, Portland, OR 97211

☆☆☆☆☆ 8 months ago
Good customer service , busy store

Like Share

Portland City Grill
111 SW 5th Ave, Portland, OR 97204

☆☆☆☆☆ 8 months ago
Nice place

Like Share

Senator Ron Wyden
911 NE 11th Ave #630, Portland, OR 97232

☆☆☆☆☆ 8 months ago
One of the only offices that is helping any person who has issue with the USCIS or the Naturalization center .

2 Share

First Tech Federal Credit Union
3555 SW 153rd Dr, Beaverton, OR 97006

☆☆☆☆☆ 9 months ago
one of the worst company that you need to work with if you are a Muslim and born out of the state don't waste your time with them , the lied on me and they finish my job after 4 hours shift they told me my accent is not good and we will move you to the payment dept I got a message from the recruiter we don't what happened .................

Like Share

Leatherman Tool Group
12106 NE Ainsworth Cir, Portland, OR 97220

☆☆☆☆☆ 9 months ago
one of the worst company you want to work with , It has a slave jobs they don't appreciate the smart people they like the slavery one .

Like Share


9:35 PM
Tad Foy 1
phone.
You need a desktop or laptop to do it
Yes. I use an android and you can't open password protected docs on phone.
The android browse the office document but it doesnt open the encrypted one.
Need a password Hope all is well.


9:35 PM
Tad Foy 1
Need a password Hope all is well.
it is happynewyear
I saw your email. Do you think the events in Palestine will cause anyone to act in US? What have you heard within community?
No man , its a period of time . Because we know that Trump want to protect his ass , its kind of challenge for the Palestinian to get this chance of Trump mistakes , we are looking to make the american people with us not against us . Until the islamic factions in Palestine have been recognized that , you can see no action unless israel will attack the Palestinian . The Palestinian fight Just inside Palestine and thats it . All of the actions from PLO in the past hurt us


9:35 PM
Tad Foy 1
attack the Palestinian . The Palestinian fight Just inside Palestine and thats it . All of the actions from PLO in the past hurt us more than helping us .
I forget to tell that any violence against the american is made by anyone in the state or around thand using Palestinian case name will be considered that has been arranged by the other part (the Zionist) ....
That is good to know.
Got your email
The pass is itsnotclear