UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAREQ ZAKARNEH,<br><br>Petitioner,<br>v.<br><br>MARCO RUBIO et al.,<br><br>Respondents. | CASE NO. 2:26-cv-01556-DGE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

Petitioner has filed a motion for reconsideration (Dkt. No. 40) of the Court's recent decision denying Petitioner's petition for writ of habeas corpus (Dkt. No. 37). Petitioner cites to *Ali v. Frink*, Case No. 4:26-cv-02269, 2026 WL 2055189 (S.D. Tex. July 15, 2026) and argues the Court has overlooked relevant legal authority that supports his release from immigration custody. (Dkt. No. 40 at 4.) In *Ali*, the district court ordered the release of a Palestinian native subject to a final order of removal in part because (1) the petitioner's Palestinian passport did not

guarantee that Israeli authorities would allow his removal; (2) ICE had not obtained a transit visa from Israel to remove the petitioner through Israel to the West Bank; and (3) "international developments" related to the United States's strikes on Iran had complicated removals to the Middle East. 2026 WL 2055189, at *3.

The Court ORDERS Respondents to show cause how *Ali* impacts the efforts to remove Petitioner to the West Bank in this case and to identify the steps Respondents must complete to remove Petitioner to the West Bank. Respondents SHALL respond by **Monday, August 24, 2026, at 12:00 P.M.** The response SHALL NOT exceed six pages. Petitioner SHALL NOT file a response.

The Clerk is directed to send uncertified copies of this order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 20th day of August 2026.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.